Mathew K. Higbee, Esq., (Ill. Bar No. 6319929)
Ryan E. Carreon, Esq., *pro hac vice*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
PANORAMIC STOCK IMAGES LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PANORAMIC STOCK IMAGES LTD., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS, LLC a Michigan limited liability company; MARK JENZEN an individual; and, DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:18-cv-08013<br><br>*Hon. Sharon Johnson Coleman*<br><br>**NOTICE OF SERVICE** |

NOTICE OF SERVICE

1

# NOTICE OF SERVICE

To: Vincent D. Porter, attorney for Defendants Skyworks, LLC and Mark Jenzen at vporter@porterlawoffice.com :

I, Ryan E. Carreon, state under penalty of perjury that I served the following documents on March 26, 2019 to the above-named attorney at the email address listed:

**Request For Production of Documents to Mark Jenzen (Set One)**
**Request For Production of Documents to Skyworks, LLC (Set One)**
**Requests for Admission to Mark Jenzen (Set One)**
**Requests for Admission to Skyworks LLC (Set One)**
**Interrogatories to Mark Jenzen (Set One)**
**Interrogatories to Skyworks, LLC (Set One)**

Date: March 26, 2019            **HIGBEE & ASSOCIATES**

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Pro Hac Vice
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case (listed below) are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**1:18-cv-08013 Notice has been electronically mailed to:**

Vincent D. Porter  vporter@porterlawoffice.com

Mathew Higbee   slavallee@higbeeassociates.com, wreyes@higbeeassociates.com, nsarega@higbeeassociates.com, mharutunian@higbeeassociates.com

Ryan E. Carreon   rcarreon@higbeeassociates.com


                                    */s/ Ryan E. Carreon*
                                    Ryan E. Carreon

NOTICE OF SERVICE

3