# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PANORAMIC STOCK IMAGES LTD., an Illinois corporation,<br>Plaintiff,<br>v.<br>SKYWORKS, LLC a Michigan limited liability company; MARK JENZEN an individual; and, DOES 1 through 10 inclusive,<br>Defendants. | Case No. 1:18-cv-08013<br>*Hon. Jeffrey T. Gilbert*<br>**AMENDED JOINT DISCOVERY PLAN** |

## AMENDED JOINT DISCOVERY PLAN

**1.     CURRENT DEADLINES**

**A.     Current Scheduled Dates**

Currently, the Court has set a fact discovery cut-off date of November 18, 2019. *See* Dkt. #53.

**B.     Status of Discovery**

On April 18, 2019, Defendants served a set of Requests for Production and Interrogatories on Plaintiff. *See* Dkt. #27. Plaintiff served its responses on May 20, 2019. *See* Dkt. #32.

On March 26, 2019, Plaintiff served a set of Requests for Production, Requests for Admission, and Interrogatories on both Defendants. *See* Dkt. #25. Defendants failed to serve timely responses. On May 1, 2019, the Court granted Defendants an extension to respond no later than May 20, 2019. *See* Dkt. #28. Defendants again failed to serve timely responses. On June 6, 2019, Defendants' counsel withdrew from the case. On July 29, 2019, Defendants retained new counsel. Thereafter, Plaintiff's counsel and Defendants' counsel conferred by telephone regarding the discovery responses, and agreed that Defendants would provide responses. Defendants subsequently served its responses on September 11,

2019. *See* Dkt. #51.

At the present time, the parties do not have any disputes as to the written discovery that has previously been served. However, each party reserves their right to bring any discovery dispute to the Court's attention as same develops.

Both parties intend to serve additional written discovery. Plaintiff intends to take one deposition of Defendant Skyworks LLC, which will ostensibly be represented by Defendant Jenzen. Defendants have indicated that they intend to take three to four depositions. The parties have not discussed deposition dates and intend to wait until written discovery responses are served and holiday plans of counsel and potential testifying witnesses are solidified before scheduling specific deposition dates.

The parties would also like to potentially attend a mediation/settlement conference after the discovery cutoff but prior to the dispositive motions deadline. The parties would propose the following deadlines:

**November 15, 2019** – Deadline for the parties to serve additional written discovery requests. Defendants have supplemental written discovery that will be issued November 1, 2019.

**January 15, 2020** – Deadline for the parties to file any motions related to written discovery.

**February 28, 2020** – Deadline for the parties to complete depositions. Party depositions should occur before January 31, 2020.

**March 6, 2020** – Deadline for the parties to complete a mediation or settlement conference.

**March 20, 2020** – Deadline for parties to file dispositive motions.

**May 29, 2020** – Deadline for the parties to complete expert depositions (none are anticipated at this time).

Respectfully submitted,

**PANORAMIC STOCK IMAGES LTD**.

By: */s/ Ryan E. Carreon*
    One of its Attorneys

Mathew K. Higbee (6319929)
Ryan E. Carreon (admitted *pro hac vice*)
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349


Respectfully submitted,

**SKYWORKS, LLC & MARK JENZEN**

By: */s/ Robert E. Higbee*
    One of their Attorneys

Robert E. Higbee (*Pro hac vice* pending)
Law Offices of Rober E. Higbee, PLLC
535 Griswold Street., Suite 1000
Detroit, MI 48226
(313) 962-3500

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case (listed below) are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**1:18-cv-08013 Notice has been electronically mailed to:**

Mathew Higbee     slavallee@higbeeassociates.com, wreyes@higbeeassociates.com, nsarega@higbeeassociates.com, mharutunian@higbeeassociates.com

Ryan Evan Carreon     rcarreon@higbeeassociates.com

Heather Lea Blaise     hblaise@blaisenitschkelaw.com, johnm@blaisenitschkelaw.com, docket@blaisenitschkelaw.com, heather.blaise@gmail.com

Robert Edward Higbee     robhigbee@gmail.com

*/s/ Ryan E. Carreon*
Ryan E. Carreon