# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PANORAMIC STOCK IMAGES LTD., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS, LLC a Michigan limited liability company; MARK JENZEN an individual; and, DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:18-cv-08013<br><br>*Hon. John F. Kness*<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order of May 21, 2020 (Dkt. #76), the parties proposed that the continued depositions be completed no later than July 17, 2020, that a new fact discovery cut-off date be set for July 29, 2020, and the dispositive motion cut-off date be set to September 28, 2020.

Respectfully submitted,

**PANORAMIC STOCK IMAGES LTD**.

By: */s/ Ryan E. Carreon*
One of its Attorneys

Mathew K. Higbee (6319929)
Ryan E. Carreon (admitted *pro hac vice*)
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349

Respectfully submitted,

**SKYWORKS, LLC & MARK JENZEN**

By: */s/ Robert E. Higbee*
One of their Attorneys

Robert E. Higbee (*Pro hac vice* pending)
Law Offices of Rober E. Higbee, PLLC

JOINT STATUS REPORT     1

535 Griswold Street., Suite 1000
Detroit, MI 48226
(313) 962-3500

JOINT STATUS REPORT 2